CIURÓ, PLAINTIFF AND RESPONDENT, *v.* CIURÓ, DEFENDANT 'AND APPELLANT.

APPEAL from the District Court of San Juan, Section 1, in an action of debt.

MOTION of the respondent to dismiss the appeal.

No. 1090.—Decided January 20, 1914.

APPEAL—DISMISSAL OF APPEAL—TIME FOR FILING TRANSCRIPT OF RECORD—OMIS-SION OF STATEMENT OF CASE.—The extension of time granted by the trial court for the presentation of the statement of the case having expired without its having been presented, it must be concluded that such document does not exist and that therefore the transcript of the record should have been filed in the office of the secretary of the Supreme Court within the 30 days prescribed by section 40 of its Rules. If the transcript of the record is not filed within the said time the appeal will be dismissed.

The facts are stated in the opinion.

*Mr. Eugenio Benítez Castaño* for appellant.

*Mr. Luis Freyre Barbosa* for respondent.

MR. JUSTICE DEL TORO delivered the opinion of the court.

On January 7, 1914, the respondent filed in the office of the secretary of this court a motion, a copy of which had been served on the attorney for the adverse party, for the dismissal of the appeal. The motion came on for hearing January 19 last, neither party appearing.

From the motion, the certificate accompanying the same and the balance of the record, it appears that the District Court of San Juan, Section 1, rendered final judgment in the case on August 2, 1913, in favor of the plaintiff; that on September 2, 1913, the defendant appealed from the judgment to this court; that the appellant declared her inten-tion of filing a statement of the case and for that purpose petitioned for and obtained various extensions of time, the last having been granted on December 31, 1913, for the period of three days, and that the appellant did not file the statement of the case within said three days.

This being the case, we must conclude that there is no statement of the case in the record, and that therefore the transcript of the record should have been filed in the office of the secretary of this court within 30 days after the filing of the notice of appeal. Section 40 of the Rules of the Supreme Court, 17 P. R. R., LXXIII.

The notice of appeal was filed, as we have said, on September 2, 1913, and the transcript of the record has not yet been filed in the office of the secretary of this court. The motion of the respondent is clearly in order. Section 58 of the Rules of the Supreme Court, 17 P. R. R., LXXVI.

The appeal should be dismissed.

*Appeal dismissed.*

Chief Justice Hernández and Justices Wolf and Aldrey concurred.